

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00523-CR

**EX PARTE** Saul Antoni **LOZANO-AGUILAR**

From the County Court, Maverick County, Texas
Trial Court No. 31314
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: December 27, 2023

DISMISSED

Appellant, Saul Antonio Lozano-Aguilar, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Lozano-Aguilar's counsel and includes a statement signed by Lozano-Aguilar indicating that he consents to the voluntary dismissal of his appeal, substantially complies with Texas Rule of Appellate Procedure 42.2(a). *See id.*; *White v. State*, 993 S.W.2d 381, 382 (Tex. App.—Waco 1999, no pet.). No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH